# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

In re:

CALESTRO C. BRADFORD,                   Chapter 13
                                                          Case No. 16-53993-mbm
                         Debtor.                           Hon. Marci B. McIvor
_____/

## ORDER CONFIRMING PLAN

        The Debtor's Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the Plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 USC §1325(a) are met.

        Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 Plan, as last amended, if at all, is confirmed.

        IT IS FURTHER ORDERED that the claim of **Gold, Lange & Majoros, P.C.**, Attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ Fees by Application in fees and $Fees by Application in expenses, and that the portion of such claim which has not already been paid, to-wit: $ Fees by Application shall be paid by the Trustee as an administrative expense of this case.

        IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtors and this estate as required by law and contract.

        All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 Plan, as well as all fees due the Clerk pursuant to statute.

        IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ❑ The Debtors shall remit _____% of all tax refunds to which Debtors is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.
- ❑ The Debtor's Plan shall continue for no less than _____ months.
- ❑ The claim of _____ shall be paid in accordance with its duly filed claim unless otherwise ordered by the Court.
- ■ The Debtor's Plan payments shall be increased to **$4,024.00** per month, effective the 10th day of August, 2017.
- ❑ Creditor's rights to object to the last filed Amended Plan are preserved until _____.
- ■ US Bank National Association's claim of post-petition mortgage fees, if any, shall be paid in full directly by the Debtor at the closing on property located at 6527 Camarillo Court, Indianapolis, IN, 46278, in the event that such sale takes place. The Trustee is not to pay on this claim.

■ To the extent that the debtor receives any proceeds, above and beyond her allowable exemption, from the sale of the Indianapolis property, those proceeds shall be remitted to the Trustee for distribution under the Chapter 13 Plan.

| APPROVED: | OBJECTION WITHDRAWN: | APPROVED: |
|---|---|---|
| /s/ Lisa K. Mullen attorney for<br>DAVID WM. RUSKIN<br>CHAPTER 13 TRUSTEE<br>1100 Travelers Tower<br>26555 Evergreen, Ste. 1100<br>Southfield, MI 48076-4251<br>(248) 352-7755 | /s/Molly M. Urbanski (with permission)<br>CREDITOR: Ford Motor Credit<br>Molly M. Urbanski (P78958)<br>03 N Opdyke Road, Suite C<br>Auburn Hills, MI 48326<br>(248) 377-0700<br>murbanski@kaalaw.com | /s/ Michelle H. Bass<br>Michelle H. Bass (P71358)<br>Attorney for Debtor<br>24901 Northwestern Hwy<br>Ste. 444<br>Southfield, MI 48075<br>(248)350-8220<br>mbass@glmpc.com |

/s/ Michael P. Hogan (with permission)
CREDITOR: US Bank National Association
Michael P. Hogan (P63074)
23938 Research Drive Suite 300
Farmington Hills, MI 48353
(248) 539-7400
mhogan@sspclegal.com

**Signed on August 16, 2017**



/s/ Marci B. McIvor

**Marci B. McIvor**
**United States Bankruptcy Judge**