UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re  
    Calestro Bradford

Case No.: 16-53993  
Chapter 13  
Judge: McIvor

Debtor
_____/

## ORDER MODIFYING PLAN

THIS CAUSE, coming before the Court on the stipulation of Debtor, Calestro Bradford, and the Standing Chapter 13 Trustee, for entry of an Order Modifying Plan, and this Court, having reviewed the stipulation and proposed Order, having reviewed the pleadings in this cause, having determined that entry of this Order is appropriate under the circumstances of this case, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plan payments aggregating $19,600 are excused. It is further

ORDERED AND ADJUDGED that Debtor's Chapter 13 Plan payment is reduced to $3700 per month effective January 25, 2018. It is further

ORDERED AND ADJUDGED that the dividend to Class 9 General Unsecured Creditors shall be no less than their pro rata share of $1925. It is further

ORDERED AND ADJUDGED that one full Plan payment in the amount of $3700 must post on the records of the Chapter 13 Trustee between the date of this Order and March 1, 2018, failing which this case may be dismissed without further notice or hearing on the filing of an Affidavit of the Chapter 13 Trustee. It is further

ORDERED AND ADJUDGED that the provisions of this Court's Order Resolving Trustee's Motion to Dismiss for Failure to Make Payments Under Chapter 13 Plan entered August 4, 2017, Court Docket Number 86, remain in full force and effect.

**Signed on January 22, 2018**



/s/ Marci B. McIvor  
**Marci B. McIvor**  
**United States Bankruptcy Judge**